

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-16-00716-CR

CRAIG PORTER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 263rd District Court of Harris County.  (Tr. Ct. No. 1514084).

**TO THE 263RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 19th day of December 2017, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on August 11, 2016.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 19, 2017.

Panel consists of Chief Justice Radack and Justices Keyes and Caughey. Opinion delivered by Justice Caughey.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 25, 2018

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

